IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VIENNA TAX SERVICE, LTD, d/b/a ) <br> JACKSON HEWITT TAX SERVICE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARY C. NORBUT, ) <br> ) <br> Defendant. ) | CIVIL NO. 08-263-GPM |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, Hon. G. Patrick Murphy, District Judge, presiding, on a motion to dismiss for lack of subject matter jurisdiction.

**IT IS ORDERED AND ADJUDGED** that Plaintiff is denied all relief in this Court, as the Court lacks federal subject matter jurisdiction. This action is **DISMISSED without prejudice** to refiling in a court of competent jurisdiction.

**IT IS FURTHER ORDERED AND ADJUDGED** that the parties shall bear their own costs.

**DATED**: 8/11/08

NORBERT G. JAWORSKI, CLERK

By:  s/ Linda M. McGovern
      Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
            G. Patrick Murphy
            United States District Judge